```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 05442
   GENEVA MICHELS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-2745

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/07/2008 and was confirmed 05/05/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/01/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T  NOTICE ONLY    NOT FILED            .00             .00
OCWEN FEDERAL BANK        CURRENT MORTG        .00            .00             .00
OCWEN FEDERAL BANK        MORTGAGE ARRE   2069.32             .00         2069.32
CHECK N GO                UNSEC W/INTER  NOT FILED            .00             .00
AFFIRMATIVE INSURANCE     UNSEC W/INTER  NOT FILED            .00             .00
ER SOLUTIONS              UNSEC W/INTER  NOT FILED            .00             .00
JB ROBINSON               UNSEC W/INTER  NOT FILED            .00             .00
NICOR GAS                 UNSEC W/INTER  NOT FILED            .00             .00
FORD MOTOR CREDIT         UNSEC W/INTER  38924.96         1246.56             .00
SALLIE MAE 3RD PARTY LSC  UNSEC W/INTER       .00             .00             .00
ZENITH ACQUISITION        UNSEC W/INTER  NOT FILED            .00             .00
ARCHILLE MICHEL           NOTICE ONLY    NOT FILED            .00             .00
ERICC SIMON/CLAUDETT MCD  NOTICE ONLY    NOT FILED            .00             .00
JAMELLE MICHELS           NOTICE ONLY    NOT FILED            .00             .00
CHASE HOME FINANCE LLC    CURRENT MORTG        .00            .00             .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE   2659.84             .00         2659.84
VILLAGE OF LAGRANGE       SECURED          823.00             .00          120.00
CITY OF CHICAGO PARKING   UNSEC W/INTER   1030.00           33.00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    3,434.00                        3,434.00
TOM VAUGHN                TRUSTEE                                          807.28
DEBTOR REFUND             REFUND                                         1,395.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE           11,765.00

PRIORITY                                         .00
SECURED                                     4,849.16
UNSECURED                                        .00
    INTEREST                                1,279.56

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 05442 GENEVA MICHELS
```

```
ADMINISTRATIVE                                              3,434.00
TRUSTEE COMPENSATION                                          807.28
DEBTOR REFUND                                               1,395.00
                                   ---------------    ---------------
TOTALS                                   11,765.00          11,765.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 03/05/09                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```